FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 11 2017



MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 17-2773 JAP |
| vs. | ) 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm. |
| TIMOTHY MIMS, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about September 23, 2017, in Bernalillo County, in the District of New Mexico, the defendant, **TIMOTHY MIMS**, having been convicted of at least one of the following felony crimes punishable by imprisonment for a term exceeding one year:

(1) aggravated assault (deadly weapon) and

(2) robbery,

knowingly possessed, in and affecting commerce, a firearm.

In violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged in this Indictment, the defendant, **TIMOTHY MIMS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any interest he may have in a Smith and Wesson .38 Special Revolver, serial number CEK8183.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

10/6/2017 1:16 PM